FILED DATE: 6/8/2023 9:22 AM 2023L005823

FILED
6/8/2023 9:22 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L005823
Calendar, Z
23055886

16999/SAB                                                        Attorney ID#35241

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| DONALD LESHER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | *Case No.* |
| ) | |
| INTERNATIONAL PAPER COMPANY, a ) | 2023L005823 |
| Corporation, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

# COMPLAINT AT LAW

Now comes the Plaintiff, DONALD LESHER, by his attorneys, ANESI OZMON, LTD., and complaining of the Defendant, INTERNATIONAL PAPER COMPANY, a Corporation, alleges as follows:

1. That on or about November 29, 2021, and for all times relevant hereto, the Defendant owned, operated, managed, and/or controlled or had a duty to operate, manage, and/or control, a certain cardboard and/or paper manufacturing and/or shipping business known as INTERNATIONAL PAPER COMPANY located at or about 401 Northwest Ave., in the Village of Northlake, County of Cook and State of Illinois.

2. That at all relevant times hereto, the Defendant, by nd through its employees and/or agents, bundled certain cardboard products and placed them into a shipping trailer to be delivered to various customers.

3. At all relevant times hereto, the Defendant had a duty to exercise ordinary care in the operation, management, and control of said business and to load its product onto a trailer in a

safe and proper manner so that it did not cause an unsafe condition for individuals, including Plaintiff, delivering said cardboard products.

4. That at the aforementioned time and place and prior thereto, the Defendant, through its employees and/or agents, carelessly and negligently caused and permitted said cardboard bundles to be stacked in an unsecured dangerous manner in a trailer for transport.

5. That on the aforesaid date, the Plaintiff, a delivery driver employed by FAB Express, was driving the trailer containing said bundles of cardboard product to Defendant's customer, and when he opened the trailer, one of the unsecured bundles shifted and fell onto Plaintiff, causing him injury.

6. That the Defendant was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a) Improperly operated, managed, and/or controlled the aforesaid cardboard bundle when loading the trailer, so that as a direct and proximate result thereof, the Plaintiff was injured;

    (b) Improperly inspected, if at all, the aforesaid cardboard bundle upon placement of said load into the trailer, when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

    (c) Failed to warn the Plaintiff of the dangerous condition of said cardboard bundle, when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

    (d) Improperly and unsafely loaded the cardboard bundle into to the trailer without using adequate safeguards on the trailer, including, but not limited to, load straps, to prevent the cardboard bundle from shifting and falling on Plaintiff while delivering said load; and/or

    (e) Allowed and permitted the cardboard bundle to be unsafely loaded into the trailer thereby causing a dangerous condition and then failing to order corrective action to remedy said unsafe condition.

FILED DATE: 6/8/2023 9:22 AM 2023L005823

FILED DATE: 6/8/2023 9:22 AM   2023L005823

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant the Plaintiff then and there sustained severe and/or permanent injuries, both externally and internally, and was, and will likely be hindered and prevented from attending to usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, DONALD LESHER, demands judgment against the Defendant, INTERNATIONAL PAPER COMPANY, a Corporation, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

       /s/ Steven A. Berman_____
Attorneys for Plaintiff

Steven A. Berman
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822 / sberman@anesilaw.com