## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DONALD LESHER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL PAPER COMPANY, )<br>a Corporation, )<br>)<br>Defendant. )<br>INTERNATIONAL PAPER COMPANY, )<br>a Corporation, )<br>)<br>Defendant/Third-Party )<br>Plaintiff, )<br>v. )<br>)<br>FAB Express, Inc., )<br>)<br>Third-Party Defendant. ) | Case No. 1:23-cv-04779<br><br>Hon. Martha M. Pacold |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on February 8, 2024, I caused a copy of International Paper Company's Third-Party Complaint against FAB Express, Inc. and Summons on Third-Party Complaint to be served by U.S. certified mail on the following listed below as required by Fed. R. Civ. P. 5(a) and in a manner consistent with Fed. R. Civ. P. 5(b) and (c).

    FAB Express, Inc.
    Attn: Donald Vogel
    30 W. Monroe St., Suite 1600
    Chicago, IL 60603

                                              By:    */s/ Laura A. Michenfelder*

Mollie E. Werwas (#6290352)
mwerwas@airdowerwas.com
AIRDO WERWAS, LLC
111 East Wacker Dr., Suite 500
Chicago, IL 60601
Phone: (312) 506-4450
Fax: (312) 506-4460